**NOT FOR PUBLICATION**

JUN 21 2016

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| CARLOS SALAZAR-HOLGUIN, | No. 14-72038 |
| Petitioner, | Agency No. A019-842-333 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 14, 2016[**]

Before:    BEA, WATFORD, and FRIEDLAND, Circuit Judges.

Carlos Salazar-Holguin, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's ("IJ") order of removal.  We review de novo claims of due

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

process violations due to ineffective assistance of counsel. *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005). We deny the petition for review.

The BIA did not err in rejecting Salazar-Holguin's claim of ineffective assistance of counsel for failure to demonstrate prejudice, where Salazar-Holguin has failed to establish that he has any plausible grounds for asylum, adjustment of status, or any other form of relief from removal. *See Morales Apolinar v. Mukasey*, 514 F.3d 893, 898 (9th Cir. 2008) (to establish prejudice resulting from counsel's deficient performance, a petitioner must "show plausible grounds for relief" (citation and quotation marks omitted)).

In light of this disposition, we do not reach Salazar-Holguin's remaining contentions concerning former counsel's performance or his noncompliance with the requirements of *Matter of Lozada*, 19 I. & N. Dec. 637 (BIA 1988).

**PETITION FOR REVIEW DENIED.**